# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 5, 2025

| No. 25-2231 | NIKKO D'AMBROSIO, individually and on behalf of all others similarly situated, <br><br>   Plaintiff - Appellant <br><br> v. <br><br> META PLATFORMS, INC., et al., <br><br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-00678 <br> Northern District of Illinois, Eastern Division <br> District Judge Sunil R. Harjani ||

The following is before the court: **APPELLANT'S MOTION TO FILE CORRECTED OPENING BRIEF INSTANTER AND TO ACCEPT IT AS TIMELY**, filed on September 4, 2025, by counsel for the appellant.

Because the electronically tendered brief is procedurally deficient,

**IT IS ORDERED** that the motion is **DENIED**. Counsel for the appellant shall electronically resubmit, by no later than September 12, 2025, a brief and required short appendix that complies with the Federal Rules of Appellate Procedure and the local Circuit Rules. Specifically, the brief must include a disclosure statement directly after the cover page and before the table of contents. *See* Fed. R. App. P. 28(a)(1). Further, the brief must include a table of authorities. Fed. R. App. P. 28(a)(3). Finally, the brief must include an attached short appendix as required by Circuit Rule 30(a), as well as the certification required by Circuit Rule 30(d). For more information, counsel may contact the clerk's office. The complete briefing schedule is as follows:

1. The brief and required short appendix of the appellant are due by September 12, 2025.

2. The briefs of the appellees are due by October 14, 2025.

3. The reply brief of the appellant, if any, is due by November 4, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).