**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| NIKKO D'AMBROSIO, )<br>        Plaintiff-Appellant, )<br>    v.                                              )<br>                                                      )<br>                                                      )<br>                                                      )<br>ABBIGAIL RAJALA,                          )<br>CAROL RAJALA, RODNEY RAJALA,      )<br>PAOLA SANCHEZ,                            )<br>BLAKE MILLBRAND,                         )<br>META PLATFORMS, INC., a Delaware Corporation,  )<br>SPILL THE TEA, INC., a Delaware Corporation,  )<br>JANE DOES 1-26, Unnamed Defendants using screen  )<br>names: Sam Daniels, Alexis Kyle, Coraline Lotz,  )<br>Dianne Wesley, Madison Pierce, Madison Bynum,  )<br>Vanessa Villatoro, Christy Graessle, Sharleen Waa,  )<br>Kaitlyn Mishay Moody, Linda Juarez, Amber Michelle,  )<br>Laura Maddox, Alina Drake, Chandi Constance,  )<br>Alicia Ann, Salisha P. Dean, Jillian Cara, Jen Rahbar,  )<br>Shannon Marie, Luisa Resendez, Daryl Ceasar, Lisa Miko,  )<br>Amy Dukstein-Reynolds, Melissa Pinkerton, Monica Tska  )<br>        Defendants-Appellees. ) | Appellate Case No: 25-2231<br><br>On Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>Case No. 1:24-cv-00678<br><br>Hon. Sunil R. Harjani, District Judge |

<u>PLAINTIFF–APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL OF JOHN DOE DEFENDANTS</u>

Plaintiff–Appellant Nikko D'Ambrosio, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Appellate Procedure 42(b) to voluntarily dismiss all claims and appeals against the unidentified "John Doe" defendants named in this action.

In support of this motion, Plaintiff–Appellant states as follows:

1.  In the proceedings below, Plaintiff–Appellant identified 26 unnamed individuals as "John Doe" defendants, listed by screen names.

2.  Plaintiff–Appellant has elected not to pursue claims or appeals against those unidentified John Doe defendants.

3. This dismissal pertains **only** to the John Doe defendants and does not affect or diminish Plaintiff–Appellant's pending appeal as to the named defendants–appellees: Abbigail Rajala, Carol Rajala, Rodney Rajala, Paola Sanchez, Blake Millbrand, Meta Platforms, Inc., and Spill The Tea, Inc.

4. Granting this motion will clarify the scope of the appeal and promote judicial economy.

WHEREFORE, Plaintiff–Appellant respectfully requests that the Court enter an order dismissing all claims and appeals as to the John Doe defendants in the above-captioned matter.

**Dated:** September 16, 2025

Respectfully submitted,
/s/ Aaron Walner
Aaron Walner
TRENT LAW FIRM, P.C.
200 East Randolph Street
Suite 5100
Chicago, IL 60601
(630) 682-3100
Attorney for Plaintiff-Appellant
service@trentlawfirm.com

**Certificate of Service**

I hereby certify that on this 16h day of September,  2025, I electronically filed the foregoing PLAINTIFF–APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL OF JOHN DOE DEFENDANTS with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

　　　Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: September 16, 2025

Respectfully submitted,
**/s/ Aaron Walner**
Aaron Walner
Attorney for Plaintiff-Appellant

**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| NIKKO D'AMBROSIO, | ) | |
|                   Plaintiff-Appellant, | ) | |
|     v. | ) | |
| | ) | Appellate Case No: 25-2231 |
| | ) | |
| ABBIGAIL RAJALA, | ) | |
| CAROL RAJALA, RODNEY RAJALA, | ) | |
| PAOLA SANCHEZ, | ) | On Appeal from the United |
| BLAKE MILLBRAND, | ) | States District Court for the |
| META PLATFORMS, INC., a Delaware Corporation, | ) | Northern District of Illinois, |
| SPILL THE TEA, INC., a Delaware Corporation, | ) | Eastern Division |
| JANE DOES 1-26, Unnamed Defendants using screen | ) | |
| names: Sam Daniels, Alexis Kyle, Coraline Lotz, | ) | Case No. 1:24-cv-00678 |
| Dianne Wesley, Madison Pierce, Madison Bynum, | ) | |
| Vanessa Villatoro, Christy Graessle, Sharleen Waa, | ) | Hon. Sunil R. Harjani, |
| Kaitlyn Mishay Moody, Linda Juarez, Amber Michelle, | ) | District Judge |
| Laura Maddox, Alina Drake, Chandi Constance, | ) | |
| Alicia Ann, Salisha P. Dean, Jillian Cara, Jen Rahbar, | ) | |
| Shannon Marie, Luisa Resendez, Daryl Ceasar, Lisa Miko, | ) | |
| Amy Dukstein-Reynolds, Melissa Pinkerton, Monica Tska, | ) | |
|                   Defendants-Appellees. | ) | |

<u>PROPOSED ORDER</u>

Upon consideration of Plaintiff–Appellant's Motion for Voluntary Dismissal of John Doe

Defendants pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS HEREBY ORDERED that all claims and appeals as to the John Doe defendants (Jane Does

1–26, identified by screen names in the record) are DISMISSED.

This dismissal does not affect Plaintiff–Appellant's appeal as to the remaining named

defendants–appellees.

SO ORDERED.

**Dated:** _____

By the Court:

_____

United States Circuit Judge

_____

Respectfully submitted,
/s/ Aaron Walner
Aaron Walner
TRENT LAW FIRM, P.C.
200 East Randolph Street
Suite 5100
Chicago, IL 60601
(630) 682-3100
Attorney for Plaintiff-Appellant
service@trentlawfirm.com
