# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 17, 2025

*By the Court:*

| No. 25-2231 | NIKKO D'AMBROSIO, individually and on behalf of all others similarly situated,<br>   Plaintiff - Appellant<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-00678<br>Northern District of Illinois, Eastern Division<br>District Judge Sunil R. Harjani ||

The jurisdictional statement in the brief of appellant does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which requires, in part, that an appellant's brief contain a jurisdictional statement that includes "(A) the basis for the district court's or agency's subject-matter jurisdiction, with citations to applicable statutory provisions and stating relevant facts establishing jurisdiction; [and] (C) the filing dates establishing the timeliness of the appeal or petition for review." Circuit Rule 28(a)(1) further provides in part: "If jurisdiction depends on diversity of citizenship, the statement shall identify the jurisdictional amount and the citizenship of each party to the litigation. If any party is a corporation, the statement shall identify both the state of incorporation and the state in which the corporation has its principal place of business. If any party is an unincorporated association or partnership the statement shall identify the citizenship of all members."

Appellant relies on diversity of citizenship for federal jurisdiction. Appellant, however, fails to identify the amount in controversy and the states of citizenship of the parties. It is insufficient to assert merely that the parties are citizens of different states. *See Dalton v. Teva N. Am.*, 891 F.3d 687, 690 (7th Cir. 2018).

No. 25-2231 Page 2

In addition, appellant fails to identify the date that the notice of appeal was filed or the dates that any motion for extension of time was filed or granted. Appellant must provide all this information to establish the timeliness of this appeal. Cir. R. 28(a)(2). Accordingly,

**IT IS ORDERED** that appellant shall file a paper captioned "Amended Jurisdictional Statement" no later than September 24, 2025, that provides the omitted information noted above and otherwise complies with all the requirements of Rule 28(a)(4) of the Federal Rules of Appellate Procedure and Circuit Rule 28(a).

**IT IS FURTHER ORDERED** that the clerk of this court shall **DISTRIBUTE**, along with the briefs in this appeal, copies of this order and appellant's amended jurisdictional statement to the assigned merits panel.

form name: **c7_Order_BTC**     (form ID: **178**)