No. 25-2231

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NIKKO D'AMBROSIO, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| v. | ) On Appeal from the United |
| | ) States District Court for the |
| META PLATFORMS, INC., ABBIGAIL | ) Northern District of Illinois, |
| RAJALA, RODNEY RAJALA, CAROL | ) Case No. 1:24-cv-678, the Hon. |
| RAJALA, PAOLA SANCHEZ, BLAKE | ) Sunil R. Harjani |
| MILBRAND, and SPILL THE TEA, INC., | ) |
| | ) |
| Defendants-Appellees. | ) |

**SPILL THE TEA DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED DOCKETING STATEMENT *INSTANTER***

Pursuant to Federal Rule of Appellate Procedure 27, defendants-appellants Paola Sanchez, Blake Milbrand, and Spill the Tea, Inc. (the "Spill the Tea Defendants") respectfully move for leave to file a corrected docketing statement *instanter*. In support of this motion, the Spill the Tea Defendants state as follows:

1. On September 3, 2025, plaintiff-appellant Nikko D'Ambrosio filed his docketing statement in this matter asserting subject matter jurisdiction pursuant to 28 U.S.C. § 1332. *See* ECF No. 13.

2. Circuit Rule 3(c)(1) requires an appellee to file a corrected docketing statement within 14 days after the date of the filing of the appellant's docketing statement if the appellant's docketing statement "is not complete and correct."

Accordingly, the appellees' corrected docketing statement(s), if any, were due on September 17, 2025.

3. On September 17, 2025, defendant-appellant Meta Platforms, Inc. ("Meta") filed a corrected docketing statement pursuant to Circuit Rule 3(c)(1). ECF No. 23.

4. The Court's July 22, 2025 order encourages co-appellees to "adopt parts of a co-appellee's brief" to the extent possible. ECF No. 2. Consistent with that order, the Spill the Tea Defendants' corrected docketing statement seeks to adopt Meta's corrected docketing statement (ECF No. 23), subject to the following correction: defendant Spill the Tea, Inc.'s principal place of business is in California, not Delaware. The Spill the Tea Defendants' proposed corrected docketing statement is attached hereto as **Exhibit A**.

5. Even with this correction, the parties remain completely diverse. *See* ECF No. 23, ¶ 3. Thus, for all the reasons set forth in Meta's corrected docketing statement, the jurisdictional requirements of 28 U.S.C. § 1332(c) are satisfied and 28 U.S.C. § 1291 provides this Court with jurisdiction over this appeal.

6. Counsel for the Spill the Tea Defendants has conferred with counsel for the plaintiff-appellant and counsel for the other defendants-appellees, and no party objects to the relief sought in this motion.

WHEREFORE, defendants-appellants Paola Sanchez, Blake Milband, and Spill the Tea, Inc. respectfully request that the Court grant this motion for leave to

file their corrected docketing statement *instanter* and award all other relief that is proper under the circumstances.

Dated: September 18, 2025

Respectfully submitted,

SPILL THE TEA, INC.,
PAOLA SANCHEZ, and
BLAKE MILLBRAND

By: */s/ Amanda N. Catalano*
Amanda N. Catalano
   *Counsel of Record*
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
(312) 762-9450
acatalano@tdrlaw.com

*Counsel for Defendants-Appellees*
*Spill the Tea, Inc., Paola Sanchez,*
*and Blake Milbrand*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025, I electronically filed the foregoing **SPILL THE TEA DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED DOCKETING STATEMENT *INSTANTER*** with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Amanda N. Catalano*
Amanda N. Catalano

# Exhibit A

No. 25-2231

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NIKKO D'AMBROSIO, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| v. | ) On Appeal from the United |
| | ) States District Court for the |
| META PLATFORMS, INC., ABBIGAIL | ) Northern District of Illinois, |
| RAJALA, RODNEY RAJALA, CAROL | ) Case No. 1:24-cv-678, the Hon. |
| RAJALA, PAOLA SANCHEZ, BLAKE | ) Sunil R. Harjani |
| MILBRAND, and SPILL THE TEA, INC., | ) |
| | ) |
| Defendants-Appellees. | ) |

**SPILL THE TEA DEFENDANTS' CORRECTED DOCKETING STATEMENT PURSUANT TO SEVENTH CIRCUIT RULE 3(c)(1)**

Defendants-appellants Paola Sanchez, Blake Milbrand, and Spill the Tea, Inc. (the "Spill the Tea Defendants") respectfully submit this docketing statement pursuant to Circuit Rule 3(c)(1), which requires an appellee to submit a corrected docketing statement if the appellant's docketing statement "is not complete and correct."

1. On September 3, 2025, plaintiff-appellant Nikko D'Ambrosio filed his docketing statement in this matter asserting subject matter jurisdiction pursuant to 28 U.S.C. § 1332. *See* ECF No. 13.

2. On September 17, 2025, defendant-appellant Meta Platforms, Inc. ("Meta") filed a corrected docketing statement pursuant to Circuit Rule 3(c)(1). ECF No. 23.

3. The Court's July 22, 2025 order encourages co-appellees to "adopt parts of a co-appellee's brief" to the extent possible. ECF No. 2. Consistent with that order, the Spill the Tea Defendants hereby adopt Meta's corrected docketing statement (ECF No. 23), subject to the following correction: defendant Spill the Tea, Inc.'s principal place of business is in California, not Delaware.

4. Even with this correction, the parties remain completely diverse. *See* ECF No. 23, ¶ 3. Thus, for all the reasons set forth in Meta's corrected docketing statement, the jurisdictional requirements of 28 U.S.C. § 1332(c) are satisfied and 28 U.S.C. § 1291 provides this Court with jurisdiction over this appeal.

Dated: _____

Respectfully submitted,

SPILL THE TEA, INC.,
PAOLA SANCHEZ, and
BLAKE MILLBRAND

By: */s/ Amanda N. Catalano*
Amanda N. Catalano
   *Counsel of Record*
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
(312) 762-9450
acatalano@tdrlaw.com

*Counsel for Defendants-Appellees*
*Spill the Tea, Inc., Paola Sanchez,*
*and Blake Milbrand*