# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

September 19, 2025

*By the Court*:

| | |
|---|---|
| No. 25-2231 | NIKKO D'AMBROSIO, individually and on behalf of all others similarly situated,<br>        Plaintiff - Appellant<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-00678<br>Northern District of Illinois, Eastern Division<br>District Judge Sunil R. Harjani | |

Upon consideration of the **SPILL THE TEA DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED DOCKETING STATEMENT INSTANTER**, filed on September 18, 2025, by counsel for appellees Paola Sanchez, Blake Milbrand and Spill the Tea, Inc.,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk shall file **INSTANTER** the tendered corrected docketing statement of appellees Paola Sanchez, Blake Milbrand, and Spill the Tea, Inc.

form name: **c7_InstanterOrderFiled**    (form ID: **123**)