**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

NIKKO D'AMBROSIO,                                           )
       Plaintiff-Appellant,    )
 v.                                                                          )
               )  Appellate Case No: 25-2231
               )
ABBIGAIL RAJALA,                                            )
CAROL RAJALA, RODNEY RAJALA,             )
PAOLA SANCHEZ,                                              )  On Appeal from the United
BLAKE MILLBRAND,                                          )  States District Court for the
META PLATFORMS, INC., a Delaware Corporation,    )  Northern District of Illinois,
SPILL THE TEA, INC., a Delaware Corporation,    )  Eastern Division
JANE DOES 1-26, Unnamed Defendants using screen    )
names: Sam Daniels, Alexis Kyle, Coraline Lotz,    )  Case No. 1:24-cv-00678
Dianne Wesley, Madison Pierce, Madison Bynum,    )
Vanessa Villatoro, Christy Graessle, Sharleen Waa,    )  Hon. Sunil R. Harjani,
Kaitlyn Mishay Moody, Linda Juarez, Amber Michelle,    )  District Judge
Laura Maddox, Alina Drake, Chandi Constance,    )
Alicia Ann, Salisha P. Dean, Jillian Cara, Jen Rahbar,    )
Shannon Marie, Luisa Resendez, Daryl Ceasar, Lisa Miko,    )
Amy Dukstein-Reynolds, Melissa Pinkerton, Monica Tska,    )
       Defendants-Appellees.    )

<u>Amended Jurisdictional Statement</u>

  The United States District Court for the Northern District of Illinois had subject-matter jurisdiction under 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value **of** $75,000, exclusive of interest and costs, and is between citizens of different states.

- Plaintiff–Appellant Nikko D'Ambrosio is a citizen of and is domiciled in Illinois**.**

- Defendant–Appellee Meta Platforms, Inc**.** is a corporation incorporated in Delaware with its principal place of business in California**.**

- Defendant–Appellee Spill the Tea, Inc. **is** a corporation incorporated in Delaware with its principal place of business in California.

- Defendant–Appellee Abbigail Rajala is a citizen of and is domiciled in the state of Michigan.

- Defendant–Appellee Carol Rajala is a citizen of and is domiciled in the state of Michigan.
- Defendant–Appellee Rodney Rajala is a citizen of and is domiciled in the state of Michigan.
- Defendant–Appellee Paola Sanchez is a citizen of  and is domiciled in the state of California. She is  also an owner of Spill the Tea, Inc.
- Defendant–Appellee Blake Millbrand is a citizen of and is domiciled in the state of California. He is also an owner of Spill the Tea, Inc.
- Plaintiff- Appellant is unaware of the true names and capacities of several prospective Defendants- Appellees sued herein as Jane Doe, and therefore Plaintiff-Appellant sues these Defendants-Appellees by the above referenced fictitious names. Plaintiff-Appellant will amend this complaint to allege their true names and capacities when ascertained. Plaintiff-Appellant is informed and therefore alleges that each fictitiously named Defendant-Appellee is responsible in some manner for the occurrences alleged and Plaintiff's injuries herein alleged were proximately caused by said Defendants-Appellees.

No Defendant-Appellee shares citizenship with Plaintiff- Appellant. (Plaintiff's Second Amended Complaint (Doc. 53) ¶¶ 28.

The district court entered final judgment dismissing all claims with prejudice on May 13, 2025 (R. 99).

Plaintiff filed his notice of appeal on July 11, 2025. (R. 103). On June 9th. 2025, Plaintiff moved in the district court for an extension of time to file a notice of appeal, which the court granted on June 10th, 2025 (R.102). The notice of appeal was therefore timely filed under Fed. R. App. P. 4(a)(1)(A) and 4(a)(5)(C).

This Court has jurisdiction under 28 U.S.C. § 1291, because the appeal is taken from a final judgment that disposed of all parties and all claims.

Respectfully submitted,

_____/s/Aaron Walner_____
**Aaron Walner**
*Attorney for Plaintiff-Appellant*
TRENT LAW FIRM, P.C.
1449 S Michigan Ave, Suite 13201
Chicago, IL 60605
(630) 682-3100
service@trentlawfirm.com

**Certificate of Service**

I hereby certify that on this 24th day of September 2025, I electronically filed the foregoing Appellant's Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: September 24, 2025

Respectfully submitted,

/s/Aaron Walner_____
**Aaron Walner**
*Attorney for Plaintiff-Appellant*
TRENT LAW FIRM, P.C.
1449 S Michigan Ave, Suite 13201
Chicago, IL 60605
(630) 682-3100
service@trentlawfirm.com