# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 15, 2026

*Before*

**MICHAEL B. BRENNAN,** *Chief Judge*
**DAVID F. HAMILTON,** *Circuit Judge*
**MICHAEL Y. SCUDDER,** *Circuit Judge*

| | |
|---|---|
| No. 25-2231 | NIKKO D'AMBROSIO,<br>　　　　　Plaintiff - Appellant<br>v.<br><br>META PLATFORMS, INC., et al.,<br>　　　　　Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-00678 |
| Northern District of Illinois, Eastern Division |
| District Judge Sunil R. Harjani |

The judgment of the district court is **AFFIRMED**. D'Ambrosio, Walner, and Trent are ORDERED to show cause regarding possible sanctions as set forth in the opinion. Single costs are awarded to Meta and the STT defendants. Fed. R. App. P. 39(a)(2). Costs as to the Rajalas shall be addressed in a subsequent order after they and plaintiff have submitted their post-opinion statements. The clerk of court shall forward a copy of the opinion to the Attorney Registration and Disciplinary Commission of the Illinois Supreme Court for any action it deems appropriate. The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)