

**BLAINE & VANZANT**
LLP

922 Davis Street
Evanston, IL 60201
United States
Phone: (312) 788-7584
www.blainevanzant.com

# INVOICE

Invoice # 852
Date: 06/01/2026
Due On: 07/01/2026

Abbigail Rajala



## 202507-RAJALA-00569

## D' Ambrosio v. Meta Platforms, Inc. et al (CA7)

### Services

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/13/2025 | ELS | 40 Research & Writing: Re___ch and drafting of argument for respons___ brief | 2.20 | $375.00 | $825.00 |
| 10/13/2025 | ELS | 40 Research ___ Wr___ Research and drafting of argu___ents for response brief | 2.80 | $375.00 | $1,050.00 |
| 10/14/2025 | ELS | ___0 Research & Writing: Research and dr___ing of a___guments for response brief | 2.30 | $375.00 | $862.50 |
| 10/14/2025 | ELS | 40 Research & Writing: Draft summary of arg, proofread, finalize and file brief. | 1.30 | $375.00 | $487.50 |
| 01/30/2026 | ELS | 51 Discovery: Court Records: Review briefs in order to coordinate oral argument time amongst other appellees | 0.50 | $375.00 | $187.50 |

Invoice # 852-20250, RAJALA-00969 - 06/01/2026

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2026 | ELS | 51 Discovery: Court Records: Review emails re: coordinating oral argument with other appellees and respond | 0.10 | $375.00 | $37.50 |
| 02/06/2026 | ELS | 17 Co-counsel contact: Review email re: OA arg time from other appellees and respond. | 0.10 | $375.00 | $37.50 |
| 02/11/2026 | ELS | 72 Court Appearance Preparation & Support: Preparation for oral argument; attend moot with other appellees | 1.90 | $375.00 | $712.50 |
| 02/12/2026 | ELS | 72 Court Appearance Preparation & Support: Preparation for oral argument in case the court has any questions. | 0.60 | $375.00 | $225.00 |
| 02/13/2026 | ELS | 02 Travel: Travel time from Morton Grove to downtown Chicago for oral argument | 0.90 | $375.00 | $337.50 |
| 02/13/2026 | ELS | 71 Court Appearance: Appear for oral argument. | 1.90 | $375.00 | $712.50 |
| 02/13/2026 | ELS | 02 Travel: Travel after oral argument from Chicago to Morton Grove | 1.00 | $375.00 | $375.00 |
| 02/19/2026 | ELS | 11 Client contact: Call with Abbigail Rajala-███████████ ████████████ ████████████ | 0.30 | $375.00 | $112.50 |
| 05/15/2026 | ELS | 51 Discovery: Court Records: Review appellate court opinion | 0.40 | $375.00 | $150.00 |
| 06/01/2026 | JGV | 01 Case Management: Review CA7 requirements for bill of costs; review case activities and prepare bill of fees and costs; research impact pro bono representation may have on assessed fees and costs. | 1.20 | $500.00 | $600.00 |

|  | **Hours Subtotal** | **17.5** |
|---|---|---|
|  | **Services Subtotal** | **$6,712.50** |

## Expenses

Invoice # 852-20250 — RAJALA-00969 - 06/01/2026

| Date | Description | Quantity | Cost | Total |
|---|---|---|---|---|
| 10/17/2025 | Outside Printing/Copying: FedEx Office - 10 copies of Brief to Court | 1.00 | $107.86 | $107.86 |
| 10/23/2025 | Outside Printing/Copying: FedEx - Previous brief was sent with the wrong color cover and had to be resent. 10 copies | 1.00 | $322.83 | $322.83 |
| 11/03/2025 | Legal Research: Lexis+ legal research for October 2025. (Pro rated) | 1.00 | $211.86 | $211.86 |
| | | **Expenses Subtotal** | | **$642.55** |
| | | **Total** | | 17.5 |
| | | **Subtotal** | | **$7,355.05** |
| | | **Total** | | **$7,355.05** |

Please make checks payable to Blaine & Vanzant, LLP.

We accept all major credit cards.

For questions, contact billing@blainevanzant.com.

FEIN: 81-1637399

# Thank you, Debra Blaine.

## Your order has been submitted.

### Order number #2010330794450537

Confirmation email has been delivered to **dnb@blainevanzant.com**

Join our email list so that you're always the first to know about new products, exclusive discounts, and inspirational tips on how to get the most value out of your projects. You can unsubscribe at any time.

| Contact information | Shipping information | Payment |
|---|---|---|
| **CONTACT**<br>Clerk of the Court<br>USCA7_Clerk@ca7.uscourts.gov<br>(312) 788-7584<br><br>**ALTERNATE CONTACT PERSON**<br>Debra Blaine<br>dnb@blainevanzant.com<br>(312) 788-7584 | **ADDRESS**<br>Clerk of the Court<br>U.S. Court of Appeals for the<br>Seventh Circuit<br>219 S DEARBORN ST<br>Rm 2722<br>CHICAGO, IL, 60604-1803<br>US | **PAYMENT METHOD**<br>Pay by credit card<br>*ending in* ▓▓▓<br><br>**BILLING ADDRESS**<br>James Vanzant<br>▓▓▓▓▓▓▓ |



## Cart summary

| PRODUCT NAME | PRICE | QTY | DISCOUNT | SUBTOTAL |
|---|---|---|---|---|
| 🛻 **Shipping** | | | | |
| **FedEx Office (1 item)** | | | | |
| 20251016_Rajala_[34]_Appellee Brief Filed<br>SHOW DETAILS ⌄ | $10.26 | 10 | – | $102.60 |

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S Cardstock | $0.33 | 10 | – | $3.30 |
| Coil Mixed Covers | $4.99 | 10 | – | $49.90 |
| BW 1S Copy/Print | $0.19 | 260 | – | $49.40 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Single-Sided

Collation: Collated

Front Binding Covers: Blue

Back Binding Covers: Blue

Folding Production: Hand Finishing

Binding: Coil

Orientation: Vertical

Offset Stacking: On

Print First Page on Cover: Yes

Print Color: Black & White

Paper Type: Standard White (20lb.)

Stapling Production: Machine Finishing

---

**Shipping method:** FedEx Ground US ®                                    $9.99

**Expected Delivery:** Tuesday, October 21 End of Day

---

## Questions about your order?
## Visit our **Customer Support** page for help.
## Note: Due to the customization of your order, no changes or cancellations are available after order submission.

| | |
|---|---|
| Items (1) | **$102.60** |
| Shipping Total | **$19.98** |
| Tax | **$5.26** |
| Total Discount(s) ▲ | **-$9.99** |
| Shipping Discount | **-$19.98** |
| Total | **$107.86** |

# Thank you, Debra Blaine.

## Your order has been submitted.

## Order number #2010206694869850

Confirmation email has been delivered to **dnb@blainevanzant.com**

Join our email list so that you're always the first to know about new products, exclusive discounts, and inspirational tips on how to get the most value out of your projects. You can unsubscribe at any time.

### Contact information

**CONTACT**

Clerk of the Court
USCA7_Clerk@ca7.uscourts.gov
(312) 435-5850

**ALTERNATE CONTACT PERSON**

Debra Blaine
dnb@blainevanzant.com
(312) 788-7584

### Shipping information

**ADDRESS**

Clerk of the Court
U.S. Court of Appeals for the
Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL, 60604
US

### Payment

**PAYMENT METHOD**

Pay by credit card
*ending in*

**BILLING ADDRESS**

James Vanzant

## Cart summary

| PRODUCT NAME | PRICE | QTY | DISCOUNT | SUBTOTAL |
|---|---|---|---|---|
| 🚚 **Shipping** | | | | |
| **FedEx Office (1 item)** | | | | |
| 20251016_Rajala_[34]_Appellee Brief Filed | $28.71 | 10 | – | $287.10 |
| SHOW DETAILS ⌄ | | | | |

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| Coil Mixed Covers | $4.99 | 10 | – | $49.90 |
| FS CLR SS Crd 8.5x11 | $1.36 | 10 | – | $13.60 |
| CLR 1S 100%Recycl | $0.86 | 260 | – | $223.60 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Single-Sided

Collation: Collated

Front Binding Covers: Red

Back Binding Covers: Red

Folding Production: Hand Finishing

Binding: Coil

Orientation: Vertical

Offset Stacking: On

Print First Page on Cover: Yes

Print Color: Full Color

Paper Type: 100% Recycled

Stapling Production: Machine Finishing

---

**Shipping method:** FedEx Local Delivery ®    $19.99

**Expected Delivery:** Monday, October 27, 4:00pm

---

## Questions about your order?
## Visit our <u>Customer Support</u> page for help.
## Note: Due to the customization of your order, no changes or cancellations are available after order submission.

| | |
|---|---|
| Items (1) | **$287.10** |
| Shipping Total | **$19.99** |
| Tax | **$15.74** |
| Total Discount(s) | **-** |
| Total | **$322.83** |

| Date Range | Report Date | Financial Account Currency | Report Currency | Exchange Rate |
|---|---|---|---|---|
| 01-OCT-2025 - 31-OCT-2025 | 02-NOV-2025 | United States Dollar | United States Dollar | 1.0 |

Billing data reports include estimated taxes. The official invoice includes taxes based on actual usage for usage-based services or/and default location for non-usage-based services at invoice period end.

## SUMMARY BY CLIENT

LexisNexis® Account Insights

| CLIENT | CONTRACT GROSS | CONTRACT ADJUSTMENT | CONTRACT NET | TRANSACTIONAL GROSS | TRANSACTIONAL ADJUSTMENT | TRANSACTIONAL NET | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 202507-RAJALA-00569 | $444.00 | $-251.84 | $192.16 | $0.00 | $0.00 | $0.00 | $211.86 |
| Total: | $2274.00 | $-1289.81 | $984.19 | $10.00 | $0.00 | $10.00 | $1096.07 |