**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| NIKKO D'AMBROSIO, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| vs. | ) | Case No.: 25-2231 |
| | ) | |
| META PLATFORMS INC, et al., | ) | |
| | ) | |
| Defendant-Appellees. | ) | |

**RESPONSE TO MOTION FOR SANCTIONS**

I believe that the amount of the fees and costs presented by Rajala are both reasonable. I have no issue with paying their costs. As for the attorneys' fees and the double costs, I understand the court's ruling and disappointment with my attorney's brief and argument. I never received a copy of the brief for review before it was filed and had no idea he was using AI. I relied on my attorneys related to the filing of this appeal. I request that the attorneys' fees and double costs only be awarded against the attorney. I retained the Trent Law Firm. I never met or had any form of contact or communication with Mr. Walner.

*/s/ Nikko D'Ambrosio*
Nikko D'Ambrosio