UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 25-2231

| | |
|---|---|
| NIKKO D'AMBROSIO,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>META PLATFORMS INC., *et al*.,<br><br>Defendants-Appellees. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division, No. 1:24-cv-00678<br><br>Sunil R. Harjani,<br>*Judge.* |

STATUS REPORT AND NOTICE OF SATISFACTION OF SANCTIONS AWARD

Trent Law Firm, P.C., by its undersigned counsel, respectfully submits this Notice of Satisfaction of Sanctions Award and states as follows:

1. On July 21, 2026, this Court entered its order [Dkt. 59] awarding Appellees Abbigail Rajala, Rodney Rajala, and Carol Rajala, jointly, attorney fees of $6,712.50 and double costs of $1,285.10, for a total award of $7,997.60, under Federal Rule of Appellate Procedure 38, for which Nikko D'Ambrosio, attorney Aaron Walner, and Trent Law Firm, P.C. were held jointly and severally liable.

2. On August 6, 2026, Trent Law Firm, P.C. paid the award in full, remitting $7,997.60 by electronic payment to counsel of record for the Rajala Appellees, Blaine & Vanzant, LLP, through that firm's client trust account payment facility.

3. The award entered at Docket 59 has accordingly been satisfied in full, and no amounts remain outstanding under that order.

Dated: August 17, 2026

Respectfully submitted,

/s/ James A. Doppke, Jr.

BY: James A. Doppke, Jr.
Attorney for Marc P. Trent

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing Notice of Satisfaction of Sanctions Award with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except that a copy was served by electronic mail upon Nikko D'Ambrosio at nikko412@gmail.com, and upon attorney Aaron Walner at awalner@walnerlawfirm.com.

/s/ James A. Doppke, Jr.

BY: James A. Doppke, Jr.
Attorney for Marc P. Trent

James A. Doppke, Jr.
Robinson, Stewart, Montgomery & Doppke, LLC
159 N. Sangamon Street, #327A
Chicago, IL 60607
(312) 676-9878
jdoppke@rsmdlaw.com