# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 22, 2026

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| No. 25-2231 | NIKKO D'AMBROSIO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff - Appellant<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br>          Defendants - Appellees |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-00678 |
| Northern District of Illinois, Eastern Division |
| District Judge Sunil R. Harjani |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                          No record to be returned

form name: **c7_Mandate**    (form ID: **135**)